(129 So. 922)
### STATE v. Herbert WALLS.
8 Div. 227.

Supreme Court of Alabama.
June 28, 1930.

Charlie C. McCall, Atty. Gen., for the State.
Wm. C. Rayburn, of Guntersville, for respondent.

BOULDIN, J.
Petition of the state of Alabama, by and through its Attorney General, for certiorari

to the Court of Appeals to review and revise the judgment and decision of that court in State v. Walls (8 Div. 144) 129 So. 926.

Writ denied.

ANDERSON, C. J., and GARDNER, BROWN, and FOSTER, JJ., concur.